

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Jerry Allen Fain v. The State of Texas

Appellate case number:    01-20-00600-CR

Trial court case number:  1416968

Trial court:              262nd District Court of Harris County

      Jerry Allen Fain filed a motion for en banc reconsideration.

      The motion is denied.

      It is so ORDERED.


Judge's signature: ___Justice Richard Hightower_____
              ☐ Acting individually    ☑ Acting for the Court

En Banc Court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date: ____July 8, 2021____